**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Elsa Karina Bejarano Paz, et al
**Petitioners**

V.

CIVIL ACTION
NO. 26-cv-14171-WGY

Julio Caravia et al
**Respondents**

**ORDER OF DISMISSAL**
September 17, 2026

**YOUNG D.J.,**

In accordance with the Court's ORAL ORDER of September 17, 2026 it is hereby ORDERED that this petition is DISMISSED.

By the Court,

**/s/ Kellyann Belmont**

Deputy Clerk